**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1463**

NICOLE FEDYNICH; ELIZABETH FEDYNICH,

Plaintiffs - Appellants,

v.

JUANA LOZANO, in her official capacity, Assistant Manager Valor Phase II, LP; MARIE WHITE, in her official capacity, Apartment Manager Valor Phase II, LP; STEVE BOYCE, in his official capacity, Senior Vice President; ANGELICA REDFERN, in her official capacity, Regional Property Manager; VALOR PHASE II, LP; S. L. NUSBAUM REALTY, CO.,

Defendants - Appellees.

**No. 21-1574**

NICOLE FEDYNICH; ELIZABETH FEDYNICH,

Plaintiffs - Appellants,

v.

JUANA LOZANO, in her official capacity, Assistant Manager Valor Phase II, LP; MARIE WHITE, in her official capacity, Apartment Manager Valor Phase II, LP; STEVE BOYCE, in his official capacity, Senior Vice President; ANGELICA REDFERN, in her official capacity, Regional Property Manager; VALOR PHASE II, LP; S. L. NUSBAUM REALTY, CO,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, District Judge. (3:20-cv-00260-MHL)

_____

Submitted: August 19, 2021                    Decided: August 23, 2021

_____

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Nicole Fedynich, Elizabeth Fedynich, Appellants Pro Se. Jennifer Lynn McGovern, Jennifer Lee Parrish, PARRISH SNEAD FRANKLIN SIMPSON, PLC, Fredericksburg, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole and Elizabeth Fedynich (collectively, the "Fedynichs") seek to appeal the district court's order dismissing with prejudice seven of their eight claims against Defendants, and the district court's subsequent order denying their motion for continuance of an initial pretrial conference. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Because the Fedynichs' retaliation claim under the Fair Housing Act, 42 U.S.C. §§ 3601-19, is still pending before the district court, we conclude that the orders the Fedynichs seek to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*